**G. T. KEY, d. b. a. G. T. Key Company, Appellant,**

**v.**

**Myrtle MEADOWS, Appellee.**

Court of Appeals of Kentucky.

March 19, 1954.

Glenn H. Stephens, Williamsburg, for appellant.

G. G. Teague, Jr., Williamsburg, Elizabeth Gillis, Middlesboro, for appellee.

## PER CURIAM.

Motion for an appeal from the Whitley Circuit Court. William L. Rose, Judge.

We are affirming the $400 judgment in this case because we think the case was properly submitted to the jury and the verdict was not excessive.

The motion for an appeal is overruled, and the judgment is affirmed.